**Richard M. POWELL, Belinda Stephens, Plaintiffs–Appellants,**

**Larry A. Clements, Plaintiff,**

v.

**Charles GORHAM, et al., Defendants,**

**John C. Calhoun, R.A. Ferguson, Defendants–Appellees.**

No. 10–12914
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 24, 2010.

Joseph W. Blackburn, Samford University Cumberland Law School, Birmingham, AL, for Plaintiffs–Appellants.

Bettie J. Carmack, Troy King, Alabama Attorney General, Montgomery, AL, for Defendants–Appellees.

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

The dismissal of this matter is affirmed for the reasons set forth in the Memorandum Opinion of the United States Magistrate Judge dated June 8, 2010.

AFFIRMED.